IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SADID MUHAMMAD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 1:16-CV-196 |
| | § | |
| STEPHANY BOREL and | § | |
| PORT ARTHUR HOUSING | § | |
| AUTHORITY, | § | |
| *Defendant*s. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE ON DISMISSAL**

Pursuant to 28 U.S.C. § 636, this pro se civil action is referred to United States Magistrate Judge Keith F. Giblin for pretrial matters. Judge Giblin issued a report in which he recommended that the court dismiss this action for want of prosecution because the *pro se* plaintiff failed to comply with court orders and appear for a scheduling conference as directed. The parties have not filed objections to the report.

The Court **ORDERS** that the magistrate judge's Report and Recommendation [Doc. #17] is **ADOPTED**. The Court further **ORDERS** that this case is **DISMISSED** in its entirety, without prejudice, for want of prosecution. The Clerk is directed to close this case.

**So Ordered and Signed**
**Nov 13, 2016**

_____
Ron Clark, United States District Judge